UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH LEFEBVRE, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | NO. 3:14-cv-00530-CSH |
| v. | : | |
| | : | |
| SENTRY CREDIT, INC. AND | : | |
| JAMES STEWART, | : | OCTOBER 1, 2014 |
| | : | |
| DEFENDANTS. | : | |

## NOTICE OF SETTLEMENT

The defendants in the above-captioned action hereby advise the Court that plaintiff and defendants have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and request that all pending deadlines be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

MOSS & BARNETT

/s/ John K. Rossman_____
John K. Rossman (ct27261)
Sarah Doerr*
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone:  (612) 877-5000
Fax:  (612) 877-5024
E-Mail:  John.Rossman@lawmoss.com
         Sarah.Doerr@lawmoss.com

*Not admitted pro hac vice

**Attorneys for Defendants**

2567907v2

## **CERTIFICATION OF SERVICE**

      I hereby certify that on October 1, 2014, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ John K. Rossman  
      John K. Rossman

2567907v2